**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **McClaskey Feed Company, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-1125830** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**27 Dogwood Terrace**<br>**Maryville, IL 62062**<br>Number, Street, City, State & ZIP Code<br><br>**Madison**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**3420 Fairmount  Blvd. Collinsville, IL 62234**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **mcclaskeyfeed.wixsite.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **McClaskey Feed Company, Inc.**                                      Case number (*if known*) _____
          Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4245__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  **McClaskey Feed Company, Inc.**                                    Case number (*if known*) _____
Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

■ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   **3420 Fairmont Blvd.**
                            **Collinsville, IL, 62234-0000**
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency   **US Premium Finance - Diamand Bros.**

         Contact name      **Nelson Williamson**

         Phone             **618-241-0045**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **McClaskey Feed Company, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **November  2, 2017**
                 MM / DD / YYYY

X **/s/ Caryl McClaskey**                    **Caryl McClaskey**
Signature of authorized representative of debtor      Printed name

Title     **President**

**18. Signature of attorney**

X **/s/ Steven T. Stanton**                    Date **November  2, 2017**
Signature of attorney for debtor                    MM / DD / YYYY

**Steven T. Stanton**
Printed name

**Law Offices of Steven T. Stanton**
Firm name

**PO Box 370**
**Maryville, IL 62062**
Number, Street, City, State & ZIP Code

Contact phone   **(618) 931-3090**      Email address   **office@stantonbklaw.com**

**06196638**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **McClaskey Feed Company, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  2, 2017**         X **/s/ Caryl McClaskey**
                                              Signature of individual signing on behalf of debtor

                                              **Caryl McClaskey**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **McClaskey Feed Company, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                  12/15

| Part 1: | **Summary of Assets** |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $   **200,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................   $   **149,940.20**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................   $   **349,940.20**

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $   **118,786.72**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $   **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$   **199,493.63**

4. **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b                                                                                                $   **318,280.35**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **McClaskey Feed Company, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.  **Cash on hand** | **$0.00** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Financial account located at UMB Bank, NA, PO Box 419226, Kansas City, MO 64141-6226** | Checking | 2008 | $364.35 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $364.35 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor **McClaskey Feed Company, Inc.**                    Case number *(If known)* _____
        Name

| 11b. Over 90 days old: | **206,215.22** | - | **98,215.22** | =.... | **$108,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **180,525.00** | - | **180,525.00** | =.... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**                                                                          | **$108,000.00** |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials Grain, Hay, & Supplements** | **11-1-17** | **Unknown** | **Recent cost** | **$22,025.85** |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies Wooden pallets** | **N/A** | **Unknown** | **Liquidation** | **$250.00** |

23.   **Total of Part 5.**                                                                          | **$22,275.85** |
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☑ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☑ No
      ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **McClaskey Feed Company, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Tables & chairs, desks, metal shelving, metal cash box, refrigerator, printer, hald tools, microwave, toaster over, & safe** | Unknown | Liquidation | $100.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | $100.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **1995 International 4170** | Unknown | Liquidation | $7,000.00 |
| 47.2. | **2000 Ford F550 Super Duty** | Unknown | Liquidation | $4,000.00 |
| 47.3. | **1997 Ford F350 Super Duty** | Unknown | Liquidation | $1,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **McClaskey Feed Company, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1. | 1981 Gooseneck Trailer | Unknown | Liquidation | $2,000.00 |
| 48.2. | 1985 Great Dane Trailer | Unknown | Liquidation | $1,000.00 |

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Bobcat (inoperable) | Unknown | Liquidation | $3,000.00 |
| Forklift; Poor Condition | Unknown | Liquidation | $1,000.00 |
| Fencing & gates | Unknown | Liquidation | $200.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $19,200.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **McClaskey Feed Company, Inc.**                                      Case number *(If known)* _____
         Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **Commercial real estate located at 3420 Fairmont Blvd., Collinsville, IL 62234; Includes retail store, farmland, pasture, 2-ton bulk grain dry-mixer, commercial scale, elevator, conveyor, grain holding tank, grain bagger, & grain storage bins (two parcels: 17-1-20-36-00-00-021 & 17-1-20-36-00-000-021 .C00)** | Fee Simple | Unknown | Liquidation | $200,000.00 |

56.  **Total of Part 9.**                                                                                          | **$200,000.00** |

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Sweet Victory Horse Feed - feed mix formula registered with State of IL** | **$0.00** | | **Unknown** |

61.  **Internet domain names and websites**

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**                                                                                        | **$0.00** |

    Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

| Debtor | **McClaskey Feed Company, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **McClaskey Feed Company, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $364.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $108,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $22,275.85 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $19,200.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $200,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $149,940.20 | + 91b.   $200,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $349,940.20 |

**Fill in this information to identify the case:**

Debtor name  **McClaskey Feed Company, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| | | |
|---|---|---|
| **2.1** **FCB Bank** <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> **Commercial real estate located at 3420 Fairmont Blvd., Collinsville, IL 62234; Includes retail store, farmland, pasture, 2-ton bulk grain dry-mixer, commercial scale, elevator, conveyor, grain holding tank, grain bagger, & grain storage bin** | $118,076.93 | $200,000.00 |

**800 Beltline Road**
**Collinsville, IL 62234**
Creditor's mailing address

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. FCB Bank**
**2. Madison County Treasurer**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| **2.2** **Madison County Treasurer** <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> **Commercial real estate located at 3420 Fairmont Blvd., Collinsville, IL 62234; Includes retail store, farmland, pasture, 2-ton bulk grain dry-mixer, commercial scale, elevator, conveyor, grain holding tank, grain bagger, & grain storage bin** | $709.79 | $200,000.00 |

**Chris Slusser, County**
**Treasurer**
**PO Box 849**
**Edwardsville, IL 62025**
Creditor's mailing address

Describe the lien
**Statutory lien for real estate taxes**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **McClaskey Feed Company, Inc.**                                    Case number (if know) _____
          Name

**Date debt was incurred**              Is anyone else liable on this claim?
**2016**
**Last 4 digits of account number**     ■ No
                                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**       As of the petition filing date, the claim is:
**interest in the same property?**      Check all that apply
☐ No                                    ☐ Contingent
■ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its         ☐ Disputed
relative priority.
**Specified on line 2.1**

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $118,786.72 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **McClaskey Feed Company, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | | |
| | **Illinois Department of Revenue**<br>**BK Unit Level 7-425**<br>**100 Randolph Street**<br>**Chicago, IL 60601** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Last 4 digits of account number **5830**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Corporate employment taxes 4Q 2017**

Is the claim subject to offset?
☑ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | | |
| | **Illinois Department of Revenue**<br>**BK Unit Level 7-425**<br>**100 Randolph Street**<br>**Chicago, IL 60601** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Last 4 digits of account number **5830**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**4Q 2017 Corporate Sales Tax**

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                        28116                        Best Case Bankruptcy

| | |
|---|---|
| Debtor **McClaskey Feed Company, Inc.** | Case number *(if known)* _____ |
| Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Illinois Dept. of Employ. Security**
**Bankrupcty Section**
**401 S. State Street, 4th Floor**
**Chicago, IL 60605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Unemployment accruing 4Q 2017**

Last 4 digits of account number **5830**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**2017 4Q Corporate Income Taxes**

Last 4 digits of account number **5830**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Federal employment taxes 4Q 2017**

Last 4 digits of account number **5830**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allstate Insurance Company**
**PO Box 660598**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Last 4 digits of account number _

Basis for the claim: **P & C Insurance: Two accounts: $1,823 & $1,133**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ameren IL**
**PO Box 88034**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Last 4 digits of account number _

Basis for the claim: **Utility service; Paid through 10-30-17**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **McClaskey Feed Company, Inc.**
_____
Name

Case number (if known) _____

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$235.23** |

**AT&T**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

Date(s) debt was incurred ___
Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Internet & Phone - $204.70**
**Long Dist Phone - $30.53**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Berkley Net**
**PO Box 535080**
**Atlanta, GA 30353**

Date(s) debt was incurred ___
Last 4 digits of account number **1704**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Worker's Comp; Remaining term: $4,988**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dearborn National Life Ins.**
**36788 Eagle Way**
**Chicago, IL 60678-1367**

Date(s) debt was incurred **2017**
Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Life Insuarnce; Paid quarterly; Quarter beginning**
**November, 2017 not paid**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Keller Farms Inc.**
**435 S. Bluff Road**
**Collinsville, IL 62234**

Date(s) debt was incurred **2017**
Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Ongoing lease of power grain bin; Prepaid rent**
**$11,000 per year through 8-31-18**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Kenson Grain Co., LP Atn Ann Callis**
**c/o Goldenberg Heller & Antognoli**
**2227 South State Route 157**
**Edwardsville, IL 62025**

Date(s) debt was incurred **2016**
Last 4 digits of account number **1204**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Disputed liability for judgment vs. McClaskey Grain**
**Co., Inc., District Court of Williamson County, Texas # 16-0244-C368**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Knierim Trucking**
**2029 N. Pleasantview Rd.**
**Lerna, IL 62440**

Date(s) debt was incurred ___
Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Disputed liability for debt incurred by McClaskey**
**Grain Co., Inc.; William Knierim d/b/a Knierim Trucking v. McClaskey**
**Grain Company, Inc., Circuit Court of Coles County # 2016L9**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **McClaskey Feed Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $180,525.00 |
|---|---|---|---|

**McClaskey Grain Company, Inc.**
**3420 Fairmont Ave**
**Collinsville, IL 62234**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **10+ Years**

Last 4 digits of account number __

Basis for the claim:  **Grain purchases; Subject to potential offsets for**
**expenses paid by debtor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**North American Bank**
**250 Stephenson Hwy**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Credit Card processing service**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Puritan Springs**
**1709 North Kickapoo**
**Lincoln, IL 62656-1366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Monthly service fee**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Safehold Special Risk**
**1401 Robert Street**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **Quote**

Basis for the claim:  **Total Estimated Annual Package Premium 16,743**
**Total Estimated Annual Excess Premium  1,198**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,576.35 |
|---|---|---|---|

**US Premium Finance**
**PO Box 630035**
**Cincinnati, OH 45263-0035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **3802**

Basis for the claim:  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $127.05 |
|---|---|---|---|

**Waste Management of STL**
**7320 Hall Street**
**Saint Louis, MO 63147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Waste Disposal**

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Debtor | **McClaskey Feed Company, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **J. Patrick Lee**<br>**Craig & Craig, LLC**<br>**1807 Broadway Ave.**<br>**PO Box 689**<br>**Mattoon, IL 61938** | Line _3.8_<br>☐ Not listed. Explain ____ | _ |
| 4.2 **McClaskey Grain Company, Inc.**<br>**c/o Caryl McClaskey**<br>**42 Dogwood Terrace**<br>**Maryville, IL 62062** | Line _3.9_<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 199,493.63 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 199,493.63 |

**Fill in this information to identify the case:**

Debtor name    **McClaskey Feed Company, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Month to month phone & internet, two accounts** |
| State the term remaining | **AT&T c/o Consumer Bankruptcy PO Box 769 Arlington, TX 76004** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Debtor is lessor; One year lease of powerd grain bin storage; Prepaid rent $11,000 annually, paid through 8-31-18** |
| State the term remaining | **10 months** |
| List the contract number of any government contract | **Keller Farims Inc. 435 S. Bluff Road Collinsville, IL 62234** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Credit card processing machine** |
| State the term remaining | **North American Bank 250 Stephenson Hwy Troy, MI 48083** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Waste disposal contract** |
| State the term remaining | **Waste Management PO Box 42390 Phoenix, AZ 85080** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1  **McClaskey Feed Company, Inc.**                                  Case number *(if known)*
_____
First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify the case:**

Debtor name    **McClaskey Feed Company, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Caryl McClaskey** | **27 Dogwood Terrace**<br>**Maryville, IL 62062** | **FCB Bank** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 **Dan McClaskey** | **429 Vandalia**<br>**Collinsville, IL 62234** | **FCB Bank** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 **McClaskey Grain Co., Inc.** | **c/o Caryl McClaskey, President**<br>**27 Dogwood Terrace**<br>**Maryville, IL 62062** | **FCB Bank** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **McClaskey Feed Company, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$44,814.41** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$3,651.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **Double S Liquid Feed Services, Inc.**<br>**PO Box 1517**<br>**Danville, IL 61834-1517** | 8-3-17<br>$7062.30,<br>10-18-17<br>3398.40 | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **McClaskey Feed Company, Inc.**                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Troy Grain**<br>**108 West US Hwy 40**<br>**Troy, IL 62294** | 8-4-17<br>$6,737.68,<br>8-29-17<br>$6,260.50,<br>9-21-17<br>$6,494.22,<br>10-18-17<br>$5,725.75,<br>10-27-17<br>$6,084.31 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Farmers Pellet Co.** | 8-23-17<br>$6,981.20,<br>9-25-17<br>$13,743.42, | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **GM** | 8-1-17<br>$4,073.59,<br>9-1-17<br>$3027.48,<br>10-1-17<br>$3880.02,<br>11-1-17<br>$2465.21 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Flickerwood Farms** | 8-15-17<br>$3760, 9-6-17<br>$3760,<br>10-2-17<br>$3760 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **US Treasury (3Q 941)** | 8-16-17<br>$2716,<br>9-15-17<br>$3395,<br>10-13-17<br>$2716 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Federal employment taxes** |
| 3.7. **Top Ag Cooperative, Inc.**<br>**PO Box 1025**<br>**Trenton, IL 62293** | 8-23-17<br>3822.18,<br>10-18-17<br>$3454.20 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Hanmann Milling Company**<br>**PO Box 158**<br>**Casco, WI 54205** | 8-28-17<br>$6403.36,<br>10-30-17<br>$6415.76 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **McClaskey Feed Company, Inc.**

Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.9. **Heinold Feed Mill** | 8-29-17 $300.81, 9-5-17 $9258.87, , 9-6-17 $1935.65, 9-6-17 $600, 10-25-17 $744.80 | Unknown | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. **Illinois Department of Revenue BK Unit Level 7-425 100 Randolph Street Chicago, IL 60601** | 8-23-17 $2435, 9-20-17 $2842, 10-27-17 $2538 | Unknown | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other_ **Sales Tax** _ |
| 3.11. **Belstra Milling Company Inc. 424 15th Street SE Demotte, IN 46310** | 10-9-17 $555, 10-18-17 $3667.18, 10-30-17 $3040.77 | Unknown | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12. **Frederick Steiger 101 W. Vandalia Edwardsville, IL 62025** | 10-24-17 | $2,748.03 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other_ **Legal Services; Corporate Litigation involving Kenson Grain Co. & Knierim Grain Co.** _ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor   **McClaskey Feed Company, Inc.**                                   Case number *(if known)*

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Dan McClaskey**<br>**429 Vandalia**<br>**Collinsville, IL 62234**<br>**Former Owner; Employee** | **11-2-16**<br>**$374.85,**<br>**11-30-16**<br>**$1174.85,**<br>**2-17-17**<br>**$174.85,**<br>**2-23-17**<br>**$4.85,**<br>**2-28-17**<br>**$224.85,**<br>**3-29-17**<br>**$278.75,**<br>**4-25-17**<br>**$380.00,**<br>**5-15-17**<br>**$1809.08,**<br>**5-17-17**<br>**$345.15,**<br>**5-26-17**<br>**$76.60,**<br>**6-1-17**<br>**$1174.85,**<br>**6-12-17**<br>**$274.85,**<br>**4-14-17**<br>**$1339.85,**<br>**6-22-17**<br>**$674.85,**<br>**6-26-17**<br>**$659.85,**<br>**7-5-17**<br>**$1584.85,**<br>**7-12-17**<br>**$224.85,**<br>**7-25-17**<br>**$924.85,**<br>**7-26-17**<br>**$201.20,**<br>**8-7-17**<br>**$1174.85,**<br>**8-21-17**<br>**$1600.15,**<br>**8-29-17 $440,**<br>**8-31-17**<br>**$725.00** | $15,347.53 | **Repayment of 2-30-15 loan to**<br>**debtor for $20,000** |

Debtor **McClaskey Feed Company, Inc.**                                Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Dan McClaskey**<br>**429 Vandalia**<br>**Collinsville, IL 62234** | **11-1-16**<br>**$2993.02,**<br>**12-1-16**<br>**$4358.70,**<br>**1-3-17**<br>**$3088.17,**<br>**2-1-17**<br>**$3759.26,**<br>**3-1-17**<br>**$2428.79,**<br>**4-3-17**<br>**$2950.51,**<br>**5-2-17**<br>**$3307.40,**<br>**6-1-17**<br>**$3624.34,**<br>**7-3-17**<br>**$3701.04,**<br>**8-1-17**<br>**$4073.59,**<br>**9-1-17**<br>**$3027.48,**<br>**10-3-17**<br>**$3880.02,**<br>**11-1-17**<br>**$2465.21** | **$43,657.53** | **Reimbursement of fuel, vehicle, & equipment costs incurred on personal GM/Capital One Card** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Kenson Grain Co., SP v. McClaskey Grain Company, Inc.**<br>**16-0244-C368** | **Direct collection action vs. debtor based on money allegedly owed to McClaskey Grain Company, Inc.** | **District Court of Williamson County, TX**<br>**405 Martin Luther King**<br>**PO Box 24**<br>**Georgetown, TX 78627-0024** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **McClaskey Feed Company, Inc.**                                           Case number *(if known)*

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Kenson Grain Company, LP v. McClaskey Grain Company, Inc.** **16L1204** | **Enforce Texas court judgment: Direct collection action vs. debtor based on money allegedly owed to McClaskey Grain Company, Inc.** | **Circuit Court of Madison County, IL** **Edwardsville, IL 62025** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Various lawsuits & judgments for collection of accounts receivable** | **Accounts (before accrued interest, costs & fees): Bagley Herb $615.08, Len & Mary Ellis, $24,879.59 & $16,660.36, Frank Randazzo $1,311.40, Beverly Witthauer $54,172.96** | **Circuit Court of Madison County, IL c/o Mark Brueggemann 2011 Mall Street Collinsville, IL 62234** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Kenson Grain Co., LP as Assignee of McClaskey Grain Co., Inc.** **2017-L-1211** | **Collecting accounts receivable owed from McClaskey Feed Co., Inc. to McClaskey Grain Co., Inc. based on default judgment vs. McClaskey Grain Co., Inc.** | **Circuit Court of Madison County, IL 155 N. Main Street Edwardsville, IL 62025** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **McClaskey Feed Company, Inc.**                          Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Steven T. Stanton**<br>**PO Box 370**<br>**Maryville, IL 62062** | **Chapter 7 Bankruptcy Attorney's Fees ($2,500) and court costs ($335)** | **11-1-17**<br>**($2,500)**<br>**11-1-17**<br>**($335)** | **$2,835.00** |
| | Email or website address<br>**office@stantonbklaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Law Offices of Steven T. Stanton**<br>**PO Box 370**<br>**Maryville, IL 62062** | **Investigage inter-relation of corporate financial affairs of debtor and McClaskey Grain Co., Inc.** | **11-4-16**<br>**($1,000)**<br>**3-6-17**<br>**($1,000)**<br>**11-1-17**<br>**($1,000)** | **$3,000.00** |
| | Email or website address<br>**office@stantonbklaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor   **McClaskey Feed Company, Inc.**                               Case number *(if known)* _____

---

**Part 7:**   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3420 Fairmont Blvd. Collinsville, IL 62234** | **1984-2014** |

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Credit Applications** _____

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **McClaskey Feed Company, Inc.**                                    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| Keller Farms Inc. 435 S. Bluff Road Collinsville, IL 62234 | 3420 Fairmount Blvd. Collinsville, IL 62234 | Grain held in storage bin(s) pursuant to lease | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| Kelly Oliver | 3420 Fairmount Blvd. Collinsville, IL 62234 | Horse | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| Lori Plasters | 3420 Fairmount Blvd. Collinsville, IL 62234 | 3 Horses & sectional fencing | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| Dan McClaskey | 3420 Fairmount Blvd. Collinsville, IL 62234 | 6 Cows | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| Hayes Contracting | 3420 Fairmount Blvd. Collinsville, IL 62234 | Straw & 55-gallon drums of gear lube | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| Flickerwood Farms | 3420 Fairmount Blvd. Collinsville, IL 62234 | Trailer (holds purchased shavings) | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| Mike & Shirley Eades | 3420 Fairmount Blvd. Collinsville, IL 62234 | 2 vehicles & filters | Unknown |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **McClaskey Feed Company, Inc.** | Case number *(if known)* | |

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Kelly Oliver**<br>**429 Vandalia**<br>**Collinsville, IL 62234** | **2015 - Present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Debtor | McClaskey Feed Company, Inc. | Case number *(if known)* | |

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Mark Brueggemann**<br>**2011 Mall Street, Suite B**<br>**Collinsville, IL 62234** | **Collecting accounts receivable for debtor;**<br>**Has related corporate account records** |
| 26c.2. | **George E. Richeson, Attorney**<br>**PO Box 1416**<br>**Saint Charles, IL 60174** | **Prepared corporate tax returns for debtor** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **FCB**<br>**800 Belt Line Road**<br>**Collinsville, IL 62234** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Dan McClaskey** | **10-11-17 &**<br>**11-1-7** | **10-11-17 $29,373.18, 11-1-17 $22,025.85**<br>**(cost basis)** |
| | Name and address of the person who has possession of inventory records<br><br>**David Nelson** | | |
| 27.2. | **Dan McClaskey** | **10-31-17** | |
| | Name and address of the person who has possession of inventory records<br><br>**Kelly Oliver** | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Caryl McClaskey** | **27 Dogwood Terrace**<br>**Maryville, IL 62062** | **President** | **100%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor    **McClaskey Feed Company, Inc.**                                Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Dan McClaskey** | **429 Vandalia Collinsville, IL 62234** | **Former President & Owner** | **1984-2015** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Caryl McClaskey** **27 Dogwood Terrace** **Maryville, IL 62062** | **Weekly salary net $225.15, total $27,176.81** | **Weekly 11-3-16 through 10-31-17** | **Salary** |
| | **Relationship to debtor** **Owner** | | | |
| 30.2. | **Dan McClaskey** **429 Vandalia** **Collinsville, IL 62234** | **Weekly salary $225.15 net, total $11,932.95** | **11-3-16 through 10-31-17** | **Salary** |
| | **Relationship to debtor** **Former Owner; Husband of owner** | | | |
| 30.3. | **Kelly Oliver** **429 Vandalia** **Collinsville, IL 62234** | **Weekly salary $762 net, total $42,672** | **11-3-16 thorugh 10-31-17** | **Salary** |
| | **Relationship to debtor** **Owner's daughter** | | | |
| 30.4. | **Kelly Oliver** **429 Vandalia** **Collinsville, IL 62234** | **$762** | **9-8-17** | **Vacation Pay** |
| | **Relationship to debtor** **Owner's daughter** | | | |
| 30.5. | **David Nelson** | **$1,316.94** | **10-4-17** | **Vacation Pay** |
| | **Relationship to debtor** **Owner's nephew** | | | |
| 30.6. | **David Nelson** | **Weekly salary $658.47, total $34,898.91** | **11-3-16 thorugh 10-31-17** | **Salary** |
| | **Relationship to debtor** **Owner's Nephew** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **McClaskey Feed Company, Inc.**                          Case number *(if known)* _____

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  2, 2017**

**/s/ Caryl McClaskey**                          **Caryl McClaskey**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Illinois

In re   __McClaskey Feed Company, Inc.__                                    Case No. _____

                                            Debtor(s)            Chapter    __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................    $ ............... __2,500.00__

    Prior to the filing of this statement I have received ..............................    $ ............... __2,500.00__

    Balance Due .................................................................................    $ ............... __0.00__

2.  $ __335.00__   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__November  2, 2017__                                    __/s/ Steven T. Stanton__
_Date_                                                    __Steven T. Stanton__
                                                         _Signature of Attorney_
                                                         __Law Offices of Steven T. Stanton__
                                                         __PO Box 370__
                                                         __Maryville, IL 62062__
                                                         __(618) 931-3090   Fax: (618) 931-3387__
                                                         __office@stantonbklaw.com__
                                                         _Name of law firm_

---

# United States Bankruptcy Court
## Southern District of Illinois

In re    **McClaskey Feed Company, Inc.**                          Case No.

                                            Debtor(s)             Chapter     **7**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge and that it corresponds to the creditors listed in our schedules.

Date:    **November  2, 2017**                       **/s/ Caryl McClaskey**

                                                 **Caryl McClaskey/President**

                                                 Signer/Title

Allstate Insurance Company
PO Box 660598
Dallas, TX 75266


Ameren IL
PO Box 88034
Chicago, IL 60680


AT&T
PO Box 5014
Carol Stream, IL 60197-5014


AT&T
c/o Consumer Bankruptcy
PO Box 769
Arlington, TX 76004


Berkley Net
PO Box 535080
Atlanta, GA 30353


Caryl McClaskey
27 Dogwood Terrace
Maryville, IL 62062


Dan McClaskey
429 Vandalia
Collinsville, IL 62234


Dearborn National Life Ins.
36788 Eagle Way
Chicago, IL 60678-1367


FCB Bank
800 Beltline Road
Collinsville, IL 62234


Illinois Department of Revenue
BK Unit Level 7-425
100 Randolph Street
Chicago, IL 60601

Illinois Dept. of Employ. Security
Bankrupcty Section
401 S. State Street, 4th Floor
Chicago, IL 60605


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


J. Patrick Lee
Craig & Craig, LLC
1807 Broadway Ave.
PO Box 689
Mattoon, IL 61938


Keller Farims Inc.
435 S. Bluff Road
Collinsville, IL 62234


Keller Farms Inc.
435 S. Bluff Road
Collinsville, IL 62234


Kenson Grain Co., LP Atn Ann Callis
c/o Goldenberg Heller & Antognoli
2227 South State Route 157
Edwardsville, IL 62025


Knierim Trucking
2029 N. Pleasantview Rd.
Lerna, IL 62440


Madison County Treasurer
Chris Slusser, County Treasurer
PO Box 849
Edwardsville, IL 62025


McClaskey Grain Co., Inc.
c/o Caryl McClaskey, President
27 Dogwood Terrace
Maryville, IL 62062


McClaskey Grain Company, Inc.
3420 Fairmont Ave
Collinsville, IL 62234

McClaskey Grain Company, Inc.
c/o Caryl McClaskey
42 Dogwood Terrace
Maryville, IL 62062


North American Bank
250 Stephenson Hwy
Troy, MI 48083


Puritan Springs
1709 North Kickapoo
Lincoln, IL 62656-1366


Safehold Special Risk
1401 Robert Street
Boise, ID 83705


US Premium Finance
PO Box 630035
Cincinnati, OH 45263-0035


Waste Management
PO Box 42390
Phoenix, AZ 85080


Waste Management of STL
7320 Hall Street
Saint Louis, MO 63147

# United States Bankruptcy Court
## Southern District of Illinois

In re  **McClaskey Feed Company, Inc.** _____  Case No. _____

Debtor(s)  Chapter  **7**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **McClaskey Feed Company, Inc.** (the "Debtor") pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state

as follows:

1.      All corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests are listed

below:

| Owner | % of Shares Owned |
|-------|-------------------|
| Caryl McClaskey | 100% |

By:  **/s/ Steven T. Stanton**
     **Steven T. Stanton**

     Counsel for **McClaskey Feed Company, Inc.**