# GEORGE E. RICHESON
## ATTORNEY AT LAW, P.C.

| | | |
|---|---|---|
| **GEORGE E. RICHESON**<br>**ATTORNEY AT LAW**<br>**CERTIFIED PUBLIC ACCOUNTANT** | 1450 WEST MAIN, SUITE C<br>P.O. BOX 1416<br>ST. CHARLES, IL 60174 | TELEPHONE (630) 513-8600<br>FAX (630) 513-8602<br>george@gericheson.com |

04/27/2020

Invoice #

41008

McClaskey Feed Company
c/o Donald Samson, Trustee
226 W. Main Street, Suite 102
Belleville, IL 62220

---

| **FOR PROFESSIONAL SERVICES RENDERED IN CONNECTION WITH:** | Hours | Amount |
|---|---|---|
| 2/29/2020   Contact Trustee to determine if 2019 return will be final return | 0.1 | 30.00 |
| 4/25/2020   Review of tax information; Determine accounts receivable collected are less than ending accounts receivable from last year, so return will show no revenue; Accounts collected have already been recognized in income in prior years. | 0.4 | 120.00 |
| 4/25/2020   Preparation of 2019 U.S. & Illinois Corporate income tax returns; Assemble, sign and mail tax returns to Trustee | 1.1 | 330.00 |
| Total: 1.6 Hours X $300.00 | | 480.00 |

| | |
|---|---|
| **Total Invoice** | $480.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $480.00 |