## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | ) In Proceedings |
| | ) Under Chapter 7 |
| MCCLASKEY FEED COMPANY, INC., | ) |
| | ) Bk. No. 17-31681 |
| Debtor. | ) |

## **O R D E R**

This Matter comes before the Court on the Trustee's Application to Employ Attorney as Special Counsel and the Declaration of William W. Asa of the law firm of Miller and Steeno, PC. in support thereof, and it appearing that William W. Asa and the law firm of Miller and Steeno, PC. are disinterested persons and that the employment of said attorney and law firm, specially, by the Trustee is in the best interests of this Estate;

IT IS ORDERED that the Trustee's Application is GRANTED. Donald M. Samson, Trustee herein, is authorized to employ specially William W. Asa and the law firm of Miller and Steeno, PC., as attorney for the Trustee and the Estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefore pursuant to 11 U.S.C. §330. All compensation remains subject to the approval of this Court.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: May 1, 2020

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/2