# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | ) In Proceedings |
| | ) Under Chapter 7 |
| MCCLASKEY FEED COMPANY, INC., | ) |
| | ) Bk. No. 17-31681 |
| Debtor. | ) |

## ORDER APPROVING ACCOUNTANT FEES

The above matter coming before this Court upon the Application for Accountant Fees filed by Donald M. Samson, Trustee, and the Court being advised in the premises and finding good cause to grant the Trustee's Application;

IT IS ORDERED that the Application is GRANTED.

IT IS FURTHER ORDERED that Donald M. Samson, Trustee, is authorized to pay George E. Richeson accountant fees in the amount of $480.00 for preparing and filing the 2019 tax returns.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: May 1, 2020

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/2